ANTHONY GETTINS and Another, Appellants, Respondents, v. CATHERINE BOYLE, Individually and as Executrix, etc., and MARY ANN MALCOLM,

Respondents, Appellants.— Motion for reargument granted, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.